# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-20260
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALBERTO GUADALUPE GALLEGOS RAMIREZ, also known as Alberto
Gallegos-Ramirez, also known as Alberto R. Gallegos, also known as Alberto
Gallegos Ramirez, also known as Noberto Moreno, also known as Alberto
Ramirez Ramirez, also known as Alberto Guadalupe Gallegos,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CR-792-1

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Alberto Guadalupe
Gallegos Ramirez has moved for leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 13-20260

*v. Flores*, 632 F.3d 229 (5th Cir. 2011).   Gallegos Ramirez has not filed a response.

Because Gallegos Ramirez has completed the confinement portion of his sentence, has evinced a desire to appeal only his sentence, and has been removed from the United States, his appeal is now moot.  *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007).   Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.